# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132916(58)

PONTIAC FIRE FIGHTERS UNION LOCAL 376,

      Plaintiff-Appellee,

v

                                      SC: 132916
                                      COA: 271497
                                      Oakland CC: 2006-075367-CL

CITY OF PONTIAC,

      Defendant-Appellant.

_____/

On order of the Court, the motion to strike part of the defendant's appendix is DENIED. Although the defendant should have filed a motion to expand the record before filing the disputed material, this Court's order invited the parties to address the likelihood of success of the plaintiff's unfair labor practice claims. The disputed material appears to be relevant to that issue.

CAVANAGH and KELLY, JJ., would grant the motion to strike.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2007

Clerk

d1010